IN THE SUPREME COURT OF TEXAS

 No. 05-0479

 IN RE GRACO CHILDREN'S PRODUCTS, INC., NEWELL RUBBERMAID INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency relief, filed June 24, 2005, is
granted. The order dated June 29, 2005, in Cause No. C-1566-03-I, styled
Patricia Galnares, Individually and as Representative of the Estate of
Michael Anthony Glanares, deceased v. Newell Rubbermaid, Inc., Individually
as D/B/A Graco Children's Products, Inc., et al., in the 398th District
Court of Hidalgo County, Texas, is stayed pending further order of this
Court.

 Done at the City of Austin, this July 14, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk